IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-2497-AP**

**DAVID PITTSER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Second (Opposed) Motion for Extension of Time to File a Response Brief (doc. #24), filed May 6, 2009, is **GRANTED**. Response brief is due May 15, 2009; reply brief is due June 1, 2009. No additional extensions will be considered for defendant.

Dated: May 7, 2009