IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-2497-AP**

**DAVID PITTSER,**

                    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                    Defendant.

---

# ORDER

---

Kane, J.

        Defendant's Unopposed Motion to Remand for Further Administrative Proceedings

(doc. #26), filed May 11, 2009, is GRANTED.

        This civil action is remanded to Defendant for additional administrative proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand this case shall be assigned

to a different Administrative Law Judge.

        Dated:  May 15, 2009.

                                        BY THE COURT:

                                        _s/John L. Kane_
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT